IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01587-WYD

DEBRA K. GIVEN,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

## ORDER

---

Daniel, J.

     THIS MATTER is before the Court upon review of the file.  The **December 31, 2015** deadline for filing an optional Reply Brief having passed in this social security appeal, briefing is deemed complete and the case is ready for reassignment to a merits judge under this Court's local rules.  Accordingly, the clerk of the court shall reassign this matter to a judicial officer for a decision on the merits pursuant to D.C.COLO.LCivR 40.1.

     Dated:  February 11, 2016

                    BY THE COURT:


                    */s/ Wiley Y. Daniel*
                    WILEY Y. DANIEL,
                    SENIOR UNITED STATES DISTRICT JUDGE